UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 10-00053 |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | |
| DANILO T. AGUILAR, | Title 18, U.S.C. § 1956(a)(1)(B)(i)–Laundering of Monetary Instruments (Cts. 1 & 2). |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT ONE**

Title 18, United States Code, Section 1956(a)(1)(B)(i)

<u>LAUNDERING OF MONETARY INSTRUMENTS</u>

On or about May 14, 2009, defendant Danilo T. AGUILAR, within the District of the Northern Mariana Islands and elsewhere, did conduct a financial transaction that affected interstate commerce, knowing that it involved property representing proceeds of an unlawful activity, and with the intent to conceal and disguise the location of those proceeds, to wit, by withdrawing the amount of ONE HUNDRED THOUSAND DOLLARS ($100,000.00) from the Defendant's account at the Saipan branch office of First Hawaiian Bank, knowing that said money represented the proceeds of mail fraud, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

## COUNT TWO

### Title 18, United States Code, Section 1956(a)(1)(B)(i)

<u>LAUNDERING OF MONETARY INSTRUMENTS</u>

On or about May 15, 2009, defendant Danilo T. AGUILAR, within the District of the Northern Mariana Islands and elsewhere, did conduct a financial transaction that affected interstate commerce, knowing that it involved property representing proceeds of an unlawful activity, and with the intent to conceal and disguise the location of those proceeds, to wit, by withdrawing the amount of EIGHTY FOUR THOUSAND, NINE HUNDRED AND FORTY-SEVEN DOLLARS, AND FORTY-NINE CENTS ($84,947.49) from the Defendant's account at the Saipan branch office of First Hawaiian Bank, knowing that said money represented the proceeds of mail fraud, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

Dated this 3 day of September, 2010.

ALICIA A.G. LIMTIACO
United States Attorney
Districts of Guam and the NMI

By: _____
ERIC S. O'MALLEY
Assistant United States Attorney